ATTORNEY GRIEVANCE COMMISSION     *     IN THE
OF MARYLAND

                                          *     COURT OF APPEALS

        *Petitioner*

                                          *     OF MARYLAND

v.

                                          *     Misc. Docket AG, No. <u>100</u>

KELLY STEBBINS CROMER

                                          *     September Term, <u>2013</u>

        *Respondent*

                                          *

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Upon consideration of the Joint Petition for Disbarment by Consent filed here and pursuant to Maryland Rule 16-772, it is this <u>20th</u> day of <u>February</u>, 2014,

ORDERED by the Court of Appeals of Maryland that Kelly Stebbins Cromer, be, and she is hereby, disbarred by consent from the further practice of law in the State of Maryland; and it is further,

ORDERED that the disbarment be effective immediately; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Kelly Stebbins Cromer from the register of attorneys and, pursuant to Maryland Rule 16-772(d), shall certify that fact to the Trustees of The Client Protection Fund of the Bar of Maryland and the clerks of all judicial tribunals in the State.

                                       <u>/s/ Glenn T. Harrell, Jr.</u>
                                       Senior Judge